# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

DEANDRE NEAL                                                                                              PLAINTIFF

V.                                        NO: 1:12CV00124 SWW/HDY

MICHAEL SCUDDER *et al.*                                                                       DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for a temporary restraining order (docket entry #3) is DENIED.

DATED this 17th day of December, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE